IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY GAMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3043 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF DAKOTA, STATE OF NEBRASKA, and BRYAN SMITH, individually and in his official capacity, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation re: extension of answer date for defendant Bryan Smith (Filing No. 17). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; defendant Bryan Smith shall have until May 31, 2007, to answer or otherwise respond to plaintiff's complaint.

DATED this 22nd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court