IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY GAMBLE,                         )
                                     )
             Plaintiff,              )    4:07CV3043
                                     )
     v.                              )
                                     )
COUNTY OF DAKOTA, STATE OF           )    ORDER
NEBRASKA, and BRYAN SMITH,           )
individually and in his              )
official capacity,                   )
                                     )
             Defendants.             )
_____ )
```

This matter is before the Court on the defendants' request for place of trial (Filing No. 23), supported by the affidavit of Paul Elofson (Filing No. 24), and the brief of the plaintiff in opposition to defendants' request for place of trial (Filing No. 27). The Court has reviewed and considered the respective filings of the parties and finds that defendants' request that the trial be moved from Lincoln, Nebraska, to Omaha, Nebraska, should be denied. Accordingly,

IT IS ORDERED that defendants' request for place of trial in Lincoln, Nebraska, is denied.

DATED this 15th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court