IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY GAMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3043 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF DAKOTA, STATE OF | ) | ORDER |
| NEBRASKA, and BRYAN SMITH, | ) | |
| individually and in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 34). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court